# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Kenneth Patrick Gaughan<br><br>*Defendant(s)* | Case: 1:20-mj-00154<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 08/10/2020<br>Description: Complaint w/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 4, 2020__ in the county of __Ward 5__ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 641 | Theft of Government Property |
| § 1343 | Wire Fraud |
| § 1344 | Bank Fraud |
| § 1956 | Money Laundering |

This criminal complaint is based on these facts:

The defendant submitted fraudulent loan applications to the Small Business Administration's Paycheck Protection Program ("PPP") and Economic Injury Disaster Loan ("EIDL") program using variations of the address 1030 15th Street, NW, Suite 170-B1, Washington, D.C.  Some of the loan applications were approved and disbursed.  The defendant has spent proceeds of the loans unlawfully.

☐ Continued on the attached sheet.

*Complainant's signature*

Charles Sublett, Special Agent,  IRS-CI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 08/10/2020

*Judge's signature*

City and state: Washington, DC

Magistrate Judge G. Michael Harvey
*Printed name and title*